UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :

UNITED STATES OF AMERICA                    ORDER
                                 :
          -v.-                              08 Cr. 578 (---)
                                 :

JOSE PENA,
BALDEMAR ORTEGON,                :
NAHUM GOICOCHEA,
GUADALUPE DE LA ROSA,            :
HECTOR ARCINIEGA,
JUAN YBARRA,                     :
JOHN YBARRA, and
SAMUEL BAUGHMAN,                 :

          Defendants.   :

- - - - - - - - - - - - - - - - x

```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #. _____          │
│ DATE FILED: 7-2-08           │
└─────────────────────────────┘
```

          Upon the application of the United States, by the

United States Attorney for the Southern District of New York,

Michael J. Garcia, by Assistant United States Attorney Benjamin

Naftalis;

          It is found that the Indictment in the above-captioned

action is currently sealed and the United States Attorney's

Office has applied to have that Indictment unsealed, it is

therefore

          ORDERED that the Indictment in the above-captioned

action be unsealed and remain unsealed pending further order of

the Court.


Dated: New York, New York
       July 2, 2008


                              _____
                              UNITED STATE MAGISTRATE JUDGE