CrUNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                              08 cr 578 (JGK)

-against-

JOSE PENA,
                Defendant.
-------------------------------------------------------------X

The Clerk shall permanently strike Document 143 from the Court's docket, due to personal identifying information. Counsel shall resubmit the document in redacted form.

**SO ORDERED.**

                                                              **JOHN G. KOELTL**
                                                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        December 4, 2019